# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA FAMILY INSTITUTE, *et al*. | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| vs. | : | NO.:07-1707 |
| | : | |
| JOHN R. CELLUCI, *et al.,* | : | |
| . | : | HON. MARVIN KATZ |
| | : | |
| *Defendants* | : | ***ELECTRONICALLY FILED*** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Defendants, the Pennsylvania Judicial Conduct Board, and Pennsylvania Office of Disciplinary Counsel, respectively, in the above-captioned case.

**DMD2475**
DAVID M. DONALDSON, ESQUIRE
Attorney I.D. No. PA17276
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA FAMILY INSTITUTE, *et al*. | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| vs. | : | NO.:07-1707 |
| | : | |
| JOHN R. CELLUCI, *et al.,* | : | |
| . | : | HON. MARVIN KATZ |
| | : | |
| *Defendants* | : | ***ELECTRONICALLY FILED*** |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 30, 2007, he personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, by mailing same first class, postage pre-paid, U.S. mail to:

Randall Luke Wenger, Esquire
Clymer & Musser P.C.
408 West Chestnut Lane
Lancaster, PA  17603
*Attorney for Plaintiffs*

**DMD2475**
DAVID M. DONALDSON, ESQUIRE
Attorney I.D. No. PA17276
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486